

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

| | |
|---|---|
| 1998 Black Mitsubishi 3000 GT, Texas LP #811PKJ, VIN JA3AM44H9WY001446, et al., | * From the 43rd District Court of Parker County, Trial Court No. CV12-0542. |
| Vs. No. 11-13-00350-CV | * November 12, 2015 |
| The State of Texas, | * Memorandum Opinion by Wright, C.J. (Panel consists of: Wright, C.J., Willson, J., and Bailey, J.) |

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Jimmy Wayne Mack.